**1054**

STATE of Maine

v.

Arthur R. MACKEIL a/k/a Robert
Christopher Ingraham.

Supreme Judicial Court of Maine.

Argued June 15, 1983.

Decided July 1, 1983.

David M. Cox, Dist. Atty., Gary F.
Thorne, Asst. Dist. Atty. (orally), Bangor,
for plaintiff.

Marshall T. Cary (orally), Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS
and WATHEN, JJ., and DUFRESNE,
A.R.J.

PER CURIAM.

Defendant Arthur MacKeil appeals from
a conviction for criminal trespass resulting
from trial in the District Court (Third District, Southern Penobscot Division). Pursuant to an earlier conviction for a similar
offense, defendant was placed on probation
with the condition that he not enter the
University of Maine campus at Orono for 18
months. *See Ingraham v. University of
Maine at Orono,* 441 A.2d 691 (Me.1982).
On March 25, 1982, a campus police officer
observed defendant in a university building.
Being aware of the terms of defendant's
probation, the officer ordered the defendant
to leave and upon his refusal placed him
under arrest.

On appeal, defendant seeks to challenge
the lawfulness of the officer's order which
serves as the predicate for his conviction.
The arguments advanced are without merit
and require little discussion. The defendant is not free to collaterally attack the
terms of the probation order resulting from
his prior conviction. Assuming, as we must,
the validity of the underlying condition of
probation, the record sufficiently supports
the conclusion that defendant violated 17–A
M.R.S.A. § 402(1)(D) (1983) by remaining in
a university building in defiance of the lawful order communicated to him by an authorized person.

The entry is:

Judgment of conviction affirmed.

All concurring.